# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO: |
|---|---|
| Plaintiff(s), | 2:12−cv−07476−MMM−JEM |
| v. | |
| MICHAEL A. HARDWICK | ORDER DISMISSING CIVIL ACTION |
| Defendant(s). | |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: January 30, 2013

*Margaret M. Morrow*

_____
Margaret M. Morrow
United States District Judge

−1−